■ KENNETH BURNS et al., Appellants, v CITY OF BATAVIA et al., Respondents, et al., Defendant. (Appeal No. 2.) [893 NYS2d 778]—Appeal from an amended judgment of the Supreme Court, Genesee County (Robert C. Noonan, A.J.), entered December 12, 2008 in a personal injury action. The amended judgment, upon the motion of defendants City of Batavia and City of Batavia Department of Public Works for summary judgment, dismissed the complaint and cross claims against them.

It is hereby ordered that the amended judgment so appealed from is unanimously affirmed without costs for the reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.

■ LEONARD M. ENGLERT et al., Respondents, v GERALD W. SCHAFFER, JR., ESQ., et al., Individually and Doing Business as THE BARNES FIRM, as Successors in Interest to CELLINO & BARNES, et al., Appellants. [893 NYS2d 779]—Appeal from an order of the Supreme Court, Monroe County (David Michael Barry, J.), entered January 9, 2009 in a legal malpractice action. The order, insofar as appealed from, denied the cross motion of defendants seeking to disqualify plaintiffs' attorneys from jointly representing plaintiffs.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Memorandum: Defendants appeal from that part of an order that denied their cross motion seeking to disqualify plaintiffs' attorneys from jointly representing plaintiffs. Even assuming, arguendo, that defendants have standing to bring the motion (*see Lake v Kaleida Health*, 60 AD3d 1469 [2009]; *Maxon v Woods Oviatt Gilman LLP*, 45 AD3d 1376 [2007]), we conclude that defendants are not aggrieved by Supreme Court's denial of their cross motion, and the appeal therefore must be dismissed (*see* CPLR 5511). Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.